IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 28 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BERNARDO MEDINA, | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-05-1226 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges a conviction in Dallas County, Texas. Petitioner has filed an affidavit seeking leave to proceed *in forma pauperis.*

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Northern District of Texas, Dallas Division.

Petitioner's motion to proceed *in forma pauperis,* (Docket Entry No. 2),

O:\RAO\VDG\2005\05-1226.A01

is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on _April 26_, 2005.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE